UNITED STATES *versus* FOURTEEN BLUE AND BROWN CLOTH COATS, FOUR PAIRS FUSTIAN PANTALOONS, THREE PAIRS BREECHES, ELEVEN FUSTIAN AND STUFF JACKETS, TWO PAIRS PANTALOONS, SIX VELVET AND FUSTIAN HUNTING COATS, ONE PIECE TABBY VELVET, ONE PIECE FUSTIAN, AND ONE PIECE BLACK CAMBRIC, CLAIMED BY JAMES E. SHAW. 

JOURNAL ENTRIES: (1) June 28, 1834: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 5, 1835: publication proved, proclamation made; (3) Jan. 6, 1835: motion for judgment; (4) Jan. 7, 1835: time for filing claim extended; (5) June 2, 1835: claim filed, bond approved, claimant allowed to prosecute claim; (6) June 5, 1835: jury trial, verdict for claimant, attendance of witness proved; (7) June 8, 1835: property ordered restored, reasonable cause for seizure certified.
PAPERS IN FILE (1834–35): (1) Libel; (2) published notice, proof of publication and posting; (3) affidavit for extension of time to file claim; (4) subpoena; (5) stipulation for taking deposition of Nathaniel Norton.
*File No.* 112.

 UNITED STATES *versus* CHARLES KELLY AND OGDEN CLARK. 

JOURNAL ENTRIES: (1) July 28, 1834: discontinued.
PAPERS IN FILE (1833): (1) Precipe for summons; (2) summons and return.
*File No.* 80.

 UNITED STATES *versus* RUFUS W. STEVENS. 

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1834): (1) Summons and return.
*File No.* . . . . .

 UNITED STATES *versus* ONE PIECE FLANNEL, ONE LOT SHEET IRON, TEN BAGS WHEAT, ONE PAIR PANTALOONS, ONE PIECE TWO AND ONE-HALF YARDS CLOTH, ONE KEG, AND ONE JUG. 

JOURNAL ENTRIES: (1) Jan. 6, 1835: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1835: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1835): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 140.

 UNITED STATES *versus* TWO HUNDRED AND FIFTY GALLONS WHISKEY. 

JOURNAL ENTRIES: (1) Jan. 6, 1835: libel filed, time fixed for hearing, notice ordered published; (2) June 25, 1836: discontinued.
PAPERS IN FILE (1835): (1) Information.
*File No.* 139.

 UNITED STATES *versus* HENRY L. OWEN AND LEVI BAXTER, JR. 

JOURNAL ENTRIES: (1) Jan. 7, 1835: motion to consolidate this case with four other similar cases; (2) March 30, 1835: rule on Baxter to plead; (3) June 1, 1835: motion for judgment and assessment of damages by jury; (4) June 8, 1835: motion to set aside default granted; (5) Jan. 6, 1836: motion to consolidate overruled; (6) Jan. 11, 1836: rule to plead; (7) Jan. 18, 1836: motion for default judgment, rule to plead enlarged; (8) Jan. 21, 1836: rule to plead enlarged; (9) Jan. 27, 1836: second and fourth pleas stricken, latter to stand as a notice.
PAPERS IN FILE (1834–37): (1) Summons and return; (2) declaration; (3) motion for default judgment; (4) pleas of non est factum, payment, performance, and set off; (5–6) subpoenas.
*File No.* 120.